United States District Court
Western District of Texas
Austin
Deficiency Notice

| | |
|---|---|
| To: | Hayes, Sherrard Lee |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, August 12, 2026 |
| Re: | 01:26-CV-02197-ABD / Doc # 1 / Filed On: 08/10/2026 |

Pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

Pursuant to the Standing Order entered by Robert Pitman on 11/06/23, "...at the commencement of the action, counsel filing such an action shall be responsible for the timely preparation and electronic filing of the Report on the Filing or Determination of an Action Regarding a Patent or Trademark, AO Form 120, using the Notice of Filing of Patent/Trademark Form event..." The court requires this form to be filed with the Patent and Trademark Office through the court's docket. Your filing does not meet these requirements and is deficient. Please file an AO 120 Patent form under the event: Civil Events > Other Filings > Notices > Notice of Filing of Patent/Trademark Form (AO Form 120). Only through filing the notice with the event will the Patent and Trademark Office receive official notification.