IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ATSEC INFORMATION SECURITY CORPORATION, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:26-cv-02197 |
| v. | § | |
| | § | |
| CNXTD INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff atsec information security, inc. submits this Corporate Disclosure Statement and discloses the following:

1. atsec Information Security Corporation's parent company is atsec information security GmbH.

2. No publicly traded company owns 10% or more of atsec Information Security Corporation. Respectfully submitted,

Dated: August 12, 2026

*/s/ Sherrard L. Hayes*__
Sherrard (Butch) Hayes
Texas Bar No.00784232
HAYES LAW PLLC
809 West Ave., Austin, Texas
Telephone: (512) 485-4390
Email: bhayes@hayespllc.com

*ATTORNEY FOR PLAINTIFF*