IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ATSEC INFORMATION SECURITY CORPORATION, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:26-CV-2197-ABD-ML |
| v. | § | |
| | § | |
| | § | |
| CNXTD INC., | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW COMES Defendant Cnxtd Inc. and files this Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint for Declaratory Judgment as follows:

Plaintiff atsec information security corporation filed its Original Complaint on August 10, 2026 (ECF No. 1), and Plaintiff's First Amended Complaint for Declaratory Judgment was filed August 14, 2026. ECF No. 7. Defendant was served both the original complaint and the amended complaint on August 21, 2026. Defendant's response is currently due Friday, September 11, 2026.

Undersigned counsel recently was retained to represent Defendant and respectfully request an additional 14 days to respond to Plaintiff's amended complaint on Defendant's behalf. This extension is necessary to allow sufficient time to prepare a comprehensive response to the amended complaint, which contains approximately 114 paragraphs. Undersigned counsel has conferred with Plaintiff's counsel, who does not oppose this request for extension.

The requested extension will not prejudice any party nor cause undue delay in the proceedings.

Defendant respectfully requests that the Court extend the deadline to respond to the amended complaint to Friday, September 25, 2026.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the Court grant this Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint and enter an order extending the deadline for Defendant to respond to September 25, 2026.

Respectfully submitted,

*<u>/s/ Daniel R. Richards</u>*

Daniel R. Richards
State Bar No. 00791520
drichards@rrsfirm.com
J. Roger Williams, Jr.
State Bar No. 21555650
rwilliams@rrsfirm.com
Katharine Lee Carmona
State Bar No. 00787399
kcarmona@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005

**ATTORNEYS FOR DEFENDANT CNXTD INC.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred by telephone with Plaintiff's counsel on September 9, 2026, concerning this Motion, to which counsel for Plaintiff responded by email that same day that Plaintiff is not opposed to the request for additional time.

*/s/ Daniel R. Richards*
**DANIEL R. RICHARDS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed through the CM/ECF system on September 9, 2026. I understand the CM/ECF system will send a Notice of Electronic Filing to the following counsel of record:

Sherrard (Butch) Hayes
HAYES LAW PLLC
809 West Ave.
Austin, Texas 78701
bhayes@hayespllc.com

Michael B. Adlin
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
madlin@pirkeybarber.com

*/s/ Daniel R. Richards*
**DANIEL R. RICHARDS**