IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ATSEC INFORMATION SECURITY CORPORATION, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:26-CV-2197-ABD-ML |
| v. | § | |
| | § | |
| | § | |
| CNXTD INC., | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Before the Court is Defendant Cnxtd Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint. After considering the motion and noting that it is unopposed, the Court finds that the motion should be GRANTED.

IT IS HEREBY ORDERED that Defendant Cnxtd Inc.'s deadline to respond to Plaintiff atsec Information Security Corporation's First Amended Complaint for Declaratory Judgment is extended to Friday, September 25, 2026.

SIGNED this ______ day of September 2026.

______________________________
ANDREW B. DAVIS
UNITED STATES DISTRICT JUDGE