IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ATSEC INFORMATION SECURITY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:26-cv-02197-ABD |
| v. | § | |
| | § | |
| CNXTD INC., | § | |
| | § | |
| Defendant. | § | |

**<u>NOTICE OF APPEARANCE</u>**

Notice is hereby given that Christopher M. Weimer of Pirkey Barber PLLC enters his appearance in this action as an additional attorney of record for Plaintiff atsec Information Security Corporation. Pursuant to Federal Rule of Civil Procedure 5, copies of pleadings, papers, notices, and other material relevant to this action should also be directed to and served upon:

Christopher M. Weimer
State Bar No. 24061894
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Fax: (512) 322-5201
cweimer@pirkeybarber.com

Dated: October 15, 2026

*<u>/s/ Christopher M. Weimer</u>*
Michael B. Adlin
Christopher M. Weimer

PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200
(512) 322-5201 (fax)
madlin@pirkeybarber.com
cweimer@pirkeybarber.com

Sherrard Lee Hayes
HAYES LAW PLLC
809 West Avenue
Austin, TX 78701
(512) 485-4390
bhayes@hayespllc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel R. Richards
J. Roger Williams, Jr.
Katharine L. Carmona
RICHARDS RODRIGUEZ & SKEITH LLP
611 West 15th Street
Austin, TX 78701
drichards@rrsfirm.com
rwilliams@rrsfirm.com
kcarmona@rrsfirm.com

*/s/ Christopher M. Weimer*
Christopher M. Weimer