**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ATSEC INFORMATION SECURITY CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:26-cv-02197 |
| | § | |
| CNXTD, INC., | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Having considered Plaintiff's Motion for Leave to File Second Amended Complaint, the Court has determined that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall docket the Second Amended Complaint attached as Exhibit A to Plaintiff's motion for leave.

Signed this ___ of ________________, 2026.

______________________________
ANDREW B. DAVIS
UNITED STATES DISTRICT JUDGE